United States District Court
Southern District of Texas
**ENTERED**
October 24, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| IVORY BOLDEN COOPER, | § § § § | |
| Plaintiff. | | |
| V. | § § § | 3:24-cv-176 |
| GENESIS JANITORIAL SERVICES, INC., *et al.*, | § § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 16, 2024, the plaintiff's motion to remand (Dkt. 12) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 21. Judge Edison filed a memorandum and recommendation on October 8, 2024, recommending the motion be granted. Dkt. 24.

There are no filed objections to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 24) is approved and adopted in its entirety as the holding of the court; and

(2) The plaintiff's motion to remand (Dkt. 12) is granted; and

(3) This matter is remanded to the 149th Judicial District Court, Brazoria County, Texas.

Signed on Galveston Island this 24th day of October 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE